# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Craig Cunningham

                           Plaintiff,

v.                                                  Case No.: 1:19–cv–02547

                                                              Honorable Ronald A. Guzman

Penn L.L.C.

                           Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 9, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant's unopposed motion to extend time to respond to complaint, up to and including 6/8/2019 [9] is granted. Motion hearing noticed for 5/14/2019 is stricken and no appearance is necessary. Mailed notice(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.