IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG CUNNINGHAM on behalf of himself and others similarly situated, | : : : |
| Plaintiff, | : Case No. 1:19-cv-02547 : |
| v. | : Hon. Ronald A. Guzman : : |
| PENN L.L.C. d/b/a PULSETV.COM | : : |
| Defendant. | : : : : |

## NOTICE OF PRESENTMENT OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on August 29, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Courtroom 1801 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the Motion to Amend the Complaint.

Dated: August 27, 2019

                        PLAINTIFF,
                        By his attorneys

By: */s/ Anthony I. Paronich*
     Anthony Paronich
     PARONICH LAW, P.C.
     350 Lincoln Street, Suite 2400
     Hingham, MA 02043
     Telephone: (617) 485-0018
     Facsimile: (508) 318-8100
     Email: anthony@paronichlaw.com

     Michael C. Lueder, SBN:
     Email: mlueder@hansenreynolds.com
     Alan W. Nicgorski, SBN:
     Email: anicgorski@hansenreynolds.com
     150 S. Wacker Dr Ste 2400
     Chicago, IL 60606
     Ph. 414-273-8474
     Fax: 414-273-8476

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing was filed through this Court's CM/ECF system, and that all attorneys of record will be sent a copy of the same electronically through that system.

                                      */s/ Anthony I. Paronich*
                                      Anthony Paronich