UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Craig Cunningham

          Plaintiff,

v.                                Case No.: 1:19–cv–02547
                                  Honorable Ronald A. Guzman

Penn L.L.C.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 29, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Counsel for the parties advised the Court that the district judge granted the motion to amend and Defendant's responsive pleading is due 9/19/2019. Defendant's to file its response to Plaintiff's motion to compel [28] by 9/19/2019; reply to be filed by 9/26/2019. If the parties are able to reach a resolution as to the motion to compel by 9/19/209, Defendant to file a brief statement advising the Court that a resolution has been reached and the motion can be stricken as moot. Magistrate judge status hearing set for 10/8/2019 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.