# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Craig Cunningham

                          Plaintiff,

v.                                                      Case No.: 1:19–cv–02547
                                                            Honorable Ronald A. Guzman

Penn L.L.C.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2019:

       MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/29/2019. Plaintiff's motion to amend the complaint [41] is granted without objection. Defendant's answer with counterclaim to be filed on or before 9/19/2019. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.