**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Craig Cunningham, et al.
                    Plaintiff,

v.                                    Case No.: 1:19−cv−02547
                                      Honorable Ronald A. Guzman

Penn L.L.C.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, January 6, 2020:


    MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation of dismissal [55], this case is dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of all claims against all defendants. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.